IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AETNA, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 15-1868 |
| HEALTH DIAGNOSTIC LABORATORY INC., BLUEWAVE HEALTHCARE CONSULTANTS, INC., FLOYD CALHOUN DENT, III, ROBERT BRADFORD JOHNSON, AND LATONYA MALLORY, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of December, 2015, upon consideration of Defendants, Bluewave Healthcare Consultants, Inc., Floyd Calhoun Dent, III, and Robert Bradford Johnson's "Motion to Dismiss Amended Complaint" (Doc. No. 23), and the Response in Opposition filed by Plaintiff, Aetna Inc., it is hereby **ORDERED** that the Motion is **DENIED**.

Defendants are given fifteen (15) days from the date of this Order to file an answer to Plaintiff's Amended Complaint.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE