# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AETNA, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 15-1868 |
| HEALTH DIAGNOSTIC LABORATORY INC., BLUEWAVE HEALTHCARE CONSULTANTS, INC., FLOYD CALHOUN DENT, III, ROBERT BRADFORD JOHNSON, AND LATONYA MALLORY, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this   17th   day of October, 2016, upon consideration of Defendant, Latonya Mallory's Motion to Dismiss Amended Complaint (Doc. No. 38) and the Response in Opposition filed by Plaintiff, Aetna Inc., it is hereby **ORDERED** that the Motion is **DENIED**.

Defendant is given fifteen (15) days from the date of this Order to file an answer to Plaintiff's Amended Complaint.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE